## HUSBROOK vs. WILDER.

1. PROMISSORY NOTE — DATE AND TIME OF PAYMENT NOT ESSENTIAL. A promissory note, which does not specify any time for its payment, is an acknowledgment of an existing indebtedness payable immediately, and bears interest from its date.
2. SAME. A promissory note is perfect without date or time of payment.

ERROR to the District Court for *Rock* County.

*Wilder* brought an action of assumpsit in the Rock county district court on a promissory note of which the following is a copy :

"*June* 24, 1831.

"For value received, I promise to pay Cook Husbrook, or bearer, $100, as witness my hand.

"MAHLON HUSBROOK."

"Indorsed.

" August 28, 1832, received on the within $35."

The declaration contained a count on the note, and the common counts and a copy of note.

The defendant pleaded the general issue and filed an account in set-off amounting to $155.

The cause was tried at the April term, 1845, and a verdict and judgment were rendered in favor of the plaintiff, for $138.02.

The question presented by the bill of exceptions and argued in this court was, whether the note in suit drew interest from its date, or only from time of demand of payment.

*David Noggle*, for plaintiff in error.

. *A. Hyatt Smith*, for defendant in error.

MILLER, J.    The defendant in error sued the plaintiff in error in assumpsit, and declared specially upon the note in suit, with the common counts, and a copy of said note attached.    The note was payable for value received, without the mention of any time.    The only question raised at the trial was, whether the plaintiff was entitled to interest from the date of the note.    The court decided in favor of the plaintiff.

A promissory note is perfect without date or time of payment.    *Mitchell v. Culver*, 7 Cow. 336.    This note is an acknowledgment of an existing debt, payable immediately, and bears interest from its date.    *Francis v. Castleman*, 4 Bibb, 282 ; *Collier v. Gray*, 1 Overt. 110 ; *Russell v. Whipple*, 2 Cow. 536 ; 15 Wend. 308.    The judgment of the district court must be affirmed.